# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| JAMES ROY MASSENGALE, | : |
| Plaintiff, | : |
| v. | : 1:04-CV-48 (WLS) |
| BETTY ANN COOK, et al., | : |
| Defendants. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed on September 12, 2007. (Doc. 80). It is recommended that Defendants' and Plaintiff's Motions for Summary Judgment (Docs. 51, 57) be denied. Id. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 80) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Defendants' Motion for Summary Judgment (Doc. 51) is **DENIED** and Plaintiff's Motion for Summary Judgment (Doc. 57) is **DENIED**. This case is ordered scheduled for trial during the **January 2008 Albany Division** trial term which begins **January 7, 2008.**

**SO ORDERED**, this 27th day of September, 2007.

                           /s/W. Louis Sands
                          **THE HONORABLE W. LOUIS SANDS,**
                          **UNITED STATES DISTRICT COURT**